NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHET'S SHOES, INC.,**
*Plaintiff-Appellee,*

**v.**

**SIDNEY KASTNER,**
*Defendant-Appellant.*

---

2010-1555

---

Appeal from the United States District Court for the District of Vermont in No. 08-CV-0197, Senior Judge J. Garvan Murtha.

---

**JUDGMENT**

---

DONALD W. NILES, Niles Law Office, P.A., of Wadena, Minnesota, argued for plaintiff-appellee.

WALTER D. AMES, Law Office of Walter D. Ames, of McLean, Virginia, argued for defendant-appellant.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| August 5, 2011 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |